**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| WENDY DALE, | ) | |
|     Appellant, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| ALGERNON L. BUTLER, III, and | ) | NO: 7:20-CV-30-BR |
| ASCENDIUM EDUCATION | ) | |
| SOLUTIONS, INC. | ) | |
| | ) | |
|     Appellees. | ) | |

**Decision by Court.**
This case came before the Honorable W. Earl Britt, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** the appellant's motion for voluntary dismissal is allowed. Appellant's motion to stay is denied as moot and this case is closed.

This Judgment Filed and Entered on June 19, 2020, with service on:

| | |
|---|---|
| Wendy Dale, Pro Se | (via CM/ECF Notice of Electronic Filing) |
| Alegernon Butler, III | (via CM/ECF Notice of Electronic Filing) |
| Byron Saintsing | (via CM/ECF Notice of Electronic Filing) |

DATE: June 19, 2020        PETER A. MOORE, JR., CLERK

                                                    Lisa W. Lee, Deputy Clerk